UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Anna Suchocka | : | Case No.: 19-17787-ELF |
| Debtor (s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**William C. Miller**
Standing Chapter 13 Trustee

**Anthony Molchany**
Mercer Bucks Orthopaedics, CEO
2501 Kuser Road
Hamilton, NJ 08691

Dated: March 6, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107